JAMES THOMAS, Respondent, v. T. HOGAN & SONS, INC., Appellant.— Order

so far as appealed from affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.